# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Select Comfort Corporation, | Court File No.: 13-cv-02621-SRN-JJK |
| Plaintiff | |
| v. | **PLACEHOLDER FOR DECLARATION OF PHILIP KRIM** |
| Sleep Products D2C, Inc.; The Sleep Better Store, LLC; The Merrick Group, LLC; Merrick Group Capital 1, Ltd.; Philip Krim; and Lawrence Krim, | |
| Defendants. | |

This document is a placeholder for the following item(s) which are filed in conventional or physical for with the Clerk's Office:

## DECLARATION OF PHILIP KRIM

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_   Voluminous Document (Document number of order granting leave to file conventionally: \_\_\_)

\_\_\_   Unable to Scan Documents (e.g. PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_   Physical Object (description):

\_\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_   Item Under Seal pursuant to a Protective Order filed on September 28, 2011, in Case No. 11-cv-00621-JNE-JSM (Dkt. 23)

\_\_\_   Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 (Document number of redacted version: \_\_)

91531.1