# Exhibit B

**2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P93000060762

**Entity Name:** DALMARI, INC.

**FILED**
**Apr 15, 2013**
**Secretary of State**

**Current Principal Place of Business:**

20711 STERLINGTON DRIVE
LAND'O' LAKES, FL 34638

**Current Mailing Address:**

3724 FAWN GROVE CT
LAND O LAKES, FL 34639 US

**FEI Number:** 59-3189910

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PHILLIPS, MARILYN R
3724 FAWN GROVE CT
LAND O' LAKES, FL 34639 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: MARILYN R. PHILLIPS                                                  04/15/2013
              Electronic Signature of Registered Agent                                       Date

**Officer/Director Detail Detail :**

| | | | |
|---|---|---|---|
| Title | DVPT | Title | DP |
| Name | COLLINS, NATALIE D | Name | PHILLIPS, MARILYN R |
| Address | 3724 FAWN GROVE CT | Address | 3724 FAWN GROVE CT |
| City-State-Zip: | LAND O LAKES FL 34639 | City-State-Zip: | LAND O' LAKES FL 34639 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARILYN R. PHILLIPS                          DP                        04/15/2013
              Electronic Signature of Signing Officer/Director Detail                        Date